UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN R. ARRANT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KELLY SANTORO, et al.,<br><br>　　　　　Defendants. | Case No.: 1:20-cv-01253-SAB (PC)<br><br>ORDER FOR OFFICE OF THE ATTORNEY GENERAL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S DECEMBER 17, 2020, ORDER<br><br>(ECF No. 15) |

　　　　Plaintiff Melvin R. Arrant is proceeding *pro se* and *in forma pauepris* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On December 17, 2020, the Court found that service of the complaint was appropriate against Defendants Lozano, E. Garcia, Dodson, O. Herrera, J. Valdez, Felix, A. Flores, P. Chanelo, and D. Tapia for retaliation, and separate excessive force claims against defendants J. Florez and D. Tapia. (ECF No. 15.)

　　　　On January 5, 2021, the California Department of Corrections and Rehabilitation (CDCR) filed a notice of intent to waive service as to all Defendants. (ECF No. 17.) A waiver by the Office of the Attorney General was due thirty days thereafter. (ECF No. 15.) However, to date, the Office of the Attorney General has not returned the waiver of service and the thirty-day time period has expired.

///

1

Accordingly, it is HEREBY ORDERED that within thirty (30) days the Office of the Attorney General shall show cause why sanctions should not be imposed for failure to comply with the Court's December 17, 2020 order.  <u>The Clerk of Court shall serve a copy of this order by email on Supervising Deputy Attorney General Lawrence Bragg</u>.

IT IS SO ORDERED.

Dated:   **February 8, 2021**

UNITED STATES MAGISTRATE JUDGE