UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN R. ARRANT,<br><br>           Plaintiff,<br><br>      v.<br><br>KELLY SANTORO, et al.,<br><br>           Defendants. | Case No.: 1:20-cv-01253-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE, AND GRANTING REQUEST FOR EXTENTION OF TIME TO FILE WAIVERS OF SERVICE OF PROCESS<br><br>(ECF Nos. 18, 19) |

Plaintiff Melvin R. Arrant is proceeding *pro se* and *in forma pauepris* in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 17, 2020, the Court found that service of the complaint was appropriate against Defendants Lozano, E. Garcia, Dodson, O. Herrera, J. Valdez, Felix, A. Flores, P. Chanelo, and D. Tapia for retaliation, and separate excessive force claims against defendants J. Florez and D. Tapia. (ECF No. 15.)

On January 5, 2021, the California Department of Corrections and Rehabilitation (CDCR) filed a notice of intent to waive service as to all Defendants.  (ECF No. 17.)  A waiver by the Office of the Attorney General was due thirty days thereafter.  (ECF No. 15.)  However, the Office of the Attorney General did not return the waivers of service within the thirty-day time period.  Therefore, on February

1

8, 2021, the Court issued an order to show cause why sanctions should not be imposed for failure to comply with the Court's December 17, 2020 service order.  (ECF No. 18.)

On February 9, 2021, Deputy Attorney General, Robert Perkins III, made a special appearance and filed a request for an extension of time, nunc pro tunc, to file the waivers of service.  (ECF No. 19.)  On the basis of good cause, the Court's order to show cause will be discharged and the request for an extension of time to file the waivers of service will be granted.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Court's February 8, 2021 order to show cause is discharged; and
2. Defendants' request for an extension of time to file the waivers of service is granted; and
3. The deadline to file the waivers of service of process is extended to February 22, 2021.

IT IS SO ORDERED.

Dated:   **February 9, 2021**

UNITED STATES MAGISTRATE JUDGE