# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN R. ARRANT,<br><br>    Plaintiff,<br><br>  v.<br><br>KELLY SANTORO, et.al.,<br>    Defendants. | Case No.: 1:20-cv-01253-DAD-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE MELVIN R. ARRANT, CDCR #K-98602 |

  A settlement conference in this matter commenced on September 16, 2021.  Inmate Melvin R. Arrant, CDCR #K-98602, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  **September 16, 2021**     /s/ *Barbara A. McAuliffe*
                     UNITED STATES MAGISTRATE JUDGE