UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN R. ARRANT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KELLY SANTORO, et al.,<br><br>　　　　　Defendants. | Case No.: 1:20-cv-01253-DAD-SAB (PC)<br><br>NOTICE OF ERRATA TO FINDINGS AND RECOMMENDATIONS ISSUED JULY 26, 2022<br><br>(ECF No. 52) |

　　　　Plaintiff Melvin R. Arrant is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On July 26, 2022, the Court issued Findings and Recommendations recommending that Defendants' motion for summary judgment be granted in part and denied in part. (ECF No. 52.) It has come to the Court's attention that the caption of the Findings and Recommendations names the Plaintiff incorrectly. Accordingly, it is HEREBY ORDERED that the caption of the Findings and Recommendations and first sentence therein shall reflect Plaintiff, Melvin R. Arrant, in place of Steven Leon Joyce. (ECF No. 52 at 1.)

IT IS SO ORDERED.

Dated: __July 27, 2022__　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1