UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN R. ARRANT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KELLY SANTORO, et al.,<br><br>　　　　　Defendants. | No.: 1:20-cv-01253-ADA-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(ECF Nos. 46 & 52) |

Plaintiff Melvin R. Arrant is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 26, 2022, the assigned Magistrate Judge issued findings and recommendations recommending that Defendants' motion for summary judgment for failure to exhaust the administrative remedies be granted in part and denied in part. (ECF No. 52.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id*. at 19.) No party has filed objections and the time to do so has now passed.

///

///

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on July 26, 2022 (ECF No. 52), are adopted in full;
2. Defendants' motion for summary judgment for failure to exhaust administrative remedies is granted as to the retaliation claims against defendants Lozano, Valdez, Felix, A. Flores, and Chanelo, and denied as to the retaliation claims against defendants Dodson and Garcia;
3. The Clerk of Court shall dismiss defendants Lozano, Valdez, Felix, A. Flores, and Chanelo, without prejudice; and
4. This matter is referred back to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   October 5, 2022

_____
UNITED STATES DISTRICT JUDGE