# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN R. ARRANT,<br><br>Plaintiff,<br><br>v.<br><br>KELLY SANTORO, et al.,<br><br>Defendants. | Case No. 1:20-cv-01253-ADA-SAB (PC)<br><br>ORDER SETTING DISPOSITIVE MOTION DEADLINE |

Plaintiff Melvin R. Arrant is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On October 5, 2022, the Court granted in part Defendants' exhaustion motion for summary judgment, and dismissed Defendants Lozano, Valdez, Felix, A. Flores, and Chanelo, without prejudice. (ECF No. 56.) Accordingly, it is HEREBY ORDERED that the deadline to file dispositive motions is extended to **December 5, 2022**.

IT IS SO ORDERED.

Dated:  **October 6, 2022**

UNITED STATES MAGISTRATE JUDGE