# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN R. ARRANT,<br><br>    Plaintiff,<br><br>  v.<br><br>KELLY SANTORO, et al.,<br><br>    Defendants. | Case No. 1:20-cv-01253-ADA-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 58) |

Plaintiff Melvin R. Arrant is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the discovery and scheduling order, filed October 17, 2022.

Good cause having been presented, it is HEREBY ORDERED that:

1. The dispositive motion deadline is extended to February 3, 2023;

2. The discovery deadline is extended to December 1, 2022; and

3. Defendants Dodson and Garcia shall respond to Plaintiff's already-served merits-based written discovery within forty-five (45) days from the date of service of this order.

IT IS SO ORDERED.

Dated:  **October 17, 2022**

UNITED STATES MAGISTRATE JUDGE

1