# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN R. ARRANT, | Case No. 1:20-cv-01253-ADA-SAB (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' SECOND MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER |
| v. | |
| KELLY SANTORO, et al., | (ECF No. 62) |
| Defendants. | |

Plaintiff Melvin R. Arrant is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' second motion to modify the discovery and scheduling order, filed January 17, 2023.

Good cause having been presented, it is HEREBY ORDERED that the discovery deadline is extended to March 18, 2023, and the dispositive motion deadline is extended to May 4, 2023.

IT IS SO ORDERED.

Dated:  **January 17, 2023**

UNITED STATES MAGISTRATE JUDGE

1