# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN R. ARRANT,<br><br>Plaintiff,<br><br>v.<br><br>KELLY SANTORO, et al.,<br><br>Defendants. | Case No. 1:20-cv-01253-ADA-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 67) |

Plaintiff Melvin R. Arrant is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the discovery and scheduling order, filed April 7, 2023. Although the time for Plaintiff to file an opposition has not expired, the Court deems the motion suitable for review without a response.

Good cause having been presented, it is HEREBY ORDERED that the discovery deadline and deadline to file and serve motions to compel is extended to **May 4, 2023**, and the dispositive motion deadline is extended **July 3, 2023**.

IT IS SO ORDERED.

Dated:  **April 10, 2023**

UNITED STATES MAGISTRATE JUDGE