# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN R. ARRANT,<br><br>    Plaintiff,<br><br>    v.<br><br>KELLY SANTORO, et al.,<br><br>    Defendants. | Case No. 1:20-cv-01253-ADA-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 71) |

Plaintiff Melvin R. Arrant is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the discovery and scheduling order, filed May 2, 2023.

Good cause having been presented, it is HEREBY ORDERED that:

1. Discovery is stayed pending resolution of Defendants' motion for misjoinder of parties and severance of claims (ECF No. 69); and

2. The discovery and dispositive motion deadlines are VACATED, to be reset after resolution of Defendants' pending motion for misjoinder and severance.

IT IS SO ORDERED.

Dated:  **May 3, 2023**

UNITED STATES MAGISTRATE JUDGE

1