UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN R. ARRANT,<br><br>    Plaintiff,<br><br>    v.<br><br>DODSON, et al.,<br><br>    Defendants. | No.  1:20-cv-01253-ADA-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANTS' MOTION FOR SEVERANCE<br><br>(ECF Nos. 69, 75) |

 Plaintiff Melvin R. Arrant is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

 On April 17, 2023, Defendants filed a motion for misjoinder of parties and severance of claims.  (ECF No. 69.)  The Magistrate Judge issued findings and recommendations on July 10, 2023 and recommended that the Court deny the motion, without prejudice, as premature.  (ECF No. 75.)  The findings and recommendations contained notice that the parties had fourteen days within which to file objections.  (*Id.* at 5.)  That deadline has passed, and neither Plaintiff nor Defendants have filed objections.

 In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

1

Accordingly,

1. The findings and recommendations issued on July 10, 2023, (ECF No. 75), are adopted in full; and

2. Defendants' motion for misjoinder of parties and severance of claims, (ECF No. 69), is denied, without prejudice.

IT IS SO ORDERED.

Dated: __August 28, 2023__   _____
                             UNITED STATES DISTRICT JUDGE

2