UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN R. ARRANT,<br><br>                 Plaintiff,<br><br>         v.<br><br>KELLY SANTORO, et al.,<br><br>                 Defendants. | No. 1:20-cv-01253-NODJ-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE AMENDED DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 79) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the amended discovery and scheduling order, filed December 19, 2023. Defendants seek a 14-day extension of the dispositive motion deadline, from December 27, 2023, up to and including January 10, 2024.

Good cause having been presented, it is HEREBY ORDERED that:

1. The dispositive motion deadline is extended from December 27, 2023 to January 10, 2024; and
2. All other substantive provisions of the Court's September 17, 2021, discovery and scheduling order remain in effect.

IT IS SO ORDERED.

Dated:   **December 19, 2023**

UNITED STATES MAGISTRATE JUDGE