UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN R. ARRANT,<br><br>          Plaintiff,<br><br>     v.<br><br>KELLY SANTORO, et al.,<br><br>          Defendants. | No. 1:20-cv-01253-KES-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A REPLY<br><br>(ECF No. 91) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion for an extension of time to file a reply, filed April 17, 2024.

Good cause having been presented, it is HEREBY ORDERED that the deadline to file a reply is extended to **May 3, 2024**.

IT IS SO ORDERED.

Dated:   **April 18, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

1