# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN R. ARRANT,<br><br>        Plaintiff,<br><br>    v.<br><br>KELLY SANTORO, et al.,<br><br>        Defendants. | No. 1:20-cv-01253-KES-SAB (PC)<br><br>ORDER DIRECTING PARTIES TO ADVISE WHEHTER THEY BELIEVE A SETTLEMENT CONFERENCE WOULD BE BENEFICIAL<br><br>(ECF No. 96) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Following the final ruling on Defendants' motion for summary judgment, this case is ready to proceed with two separate jury trials on Plaintiff's excessive force claim against Defendant Florez and Plaintiff's excessive force and retaliation claims against Defendant Tapia. (ECF No. 96.)

The Court previously conducted a settlement conference over four years ago on September 16, 2021. (ECF No. 37.) Before the Court sets this case for two separate jury trials, the parties are directed to notify the Court within **fourteen (14)** days from the date of service of this order, whether they believe, in good faith, that settlement in this case is a possibility and whether they are interested in having a settlement conference scheduled by the Court.

IT IS SO ORDERED.

Dated: __October 16, 2025__                    _____
                                                                STANLEY A. BOONE
                                                                United States Magistrate Judge