UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN R. ARRANT,<br><br>  Plaintiff,<br><br>  v.<br><br>KELLY SANTORO, et al.,<br><br>  Defendants. | No. 1:20-cv-01253-KES-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE DEADLINE TO FILE A NOTICE REGARDING SETTLEMENT<br><br>(ECF No. 98) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to extend the deadline to file a notice regarding whether settlement in this case is a possibility and whether they are interested in having a settlement conference, filed October 30, 2025.

Good cause having been presented, it is HEREBY ORDERED that the deadline for Defendants to file a notice regarding settlement is extended to **November 13, 2025**.

IT IS SO ORDERED.

Dated:  **October 30, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1